IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:14cr183 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TRINA R. MATTHEWS, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant Trina R. Matthews' Motion for a chemical dependency and psychological evaluation (#22). The motion is denied without hearing.

The defendant Matthews is charged in a two-count indictment with:

Count I: Conspiracy to distribute 5 grams or more of methamphetamine (actual), with a maximum penalty of 40 years imprisonment, a $5,000,000 fine, four years of supervised release, and a $100 special assessment; and

Count II: Distribution of methamphetamine, with a maximum penalty of twenty years imprisonment, a $1,000,000 fine, three years of supervised release, and a $100 special assessment.

A review of the Pretrial Services report (#10) and the court's May 30, 2014, Detention Order Pending Trial (#15), reveals the defendant has a substantial prior criminal record, a prior record of failures to appear, and at least two prior failed treatment programs. The defendant's motion for evaluation and treatment fails to address the court's concerns

as to flight and danger and also fails to rebut the presumption of detention under 18 U.S.C. § 3142(e).

**IT IS ORDERED** that defendant's Motion for a chemical and psychological evaluation (#22) is denied without hearing.

Dated this 19th day of June 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge