IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>TRINA R. MATTHEWS,<br><br>                    Defendant. | **8:14CR183**<br><br><br>**ORDER** |

This matter is before the court on defendant's UNOPPOSED MOTION TO EXTEND TIME  TO FILE PRETRIAL MOTIONS [23].   The defendant's motion fails to state any reason or explanation as to why the extension is necessary.   The court finds that the defendant has not shown good cause for extending the deadline.


IT IS ORDERED:


Defendant's UNOPPOSED MOTION TO EXTEND TIME  TO FILE PRETRIAL MOTIONS [23] is denied.


Pursuant to NECrimR 59.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later an12:00 noon on Thursday, June 26, 2014.



Dated this 20th day of June, 2014.


BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge