# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR183** |
| Plaintiff, | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| **TRINA R. MATTHEWS,** | ) | |
| Defendant. | ) | |

The Court has received the Revised Modified Presentence Investigation Report ("PSR"). The parties adopted the PSR (Filing Nos. 46 and 48)[1]. The Defendant has filed a two (2) level Motion for Variance (Filing No. 47). *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1.   The Court intends to adopt the PSR at the time of sentencing;

2.   If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary

---

[1] The Court advises that the standing order referenced by the parties was rescinded on August 6, 2004. (See District Court's webpage: http://www.ned.uscourts.gov/.) In the future, parties should follow the deadlines set forth in the Court's Order on Sentencing Schedule filed in the case.

hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

3. Absent submission of the information required by paragraph 2 of this Order, these tentative findings are final;

4. The Defendant's Motion for Variance (Filing No. 47) will be heard at sentencing; and

5. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 7th day of October, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge