**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             Plaintiff,  )<br>        vs.  )<br>TRINA R. MATTHEWS,  )<br>             Defendant.  ) | 8:14CR183<br><br>ORDER |

Defendant Trina R. Matthews appeared before the court on Monday, November 7, 2016 on an Amended Petition for Warrant for Offender Under Supervision [89]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Defendant waived her right to a preliminary examination. The government moved for detention. Detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **December 29, 2016 at 11:00 a.m.** Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

DATED this 7th day of November, 2016.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge