# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR183 |
| vs. | |
| TRINA R. MATTHEWS | ORDER |
| Defendant. | |

The government has filed a Motion for Dismissal [Filing No. 128] of the Petition for Offender Under Supervision [Filing No. 110]. The motion will be granted.

IT IS ORDERED:

1. The Motion for Dismissal (Filing No. 128] is granted; and

2. The Petition for Offender Under Supervision [Filing No. 110] is dismissed, without prejudice.

Dated this 21st day of May 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge